UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO FELICIANO CRAWFORD,<br><br>　　　　　　　　Defendant. | NO: 2:24-CR-0025-TOR<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

BEFORE THE COURT is the Government's Oral Motion to Dismiss Indictment with Prejudice. The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to the Plea Agreement. For good cause shown, the Court grants the motion.

**Accordingly, IT IS HEREBY ORDERED**:

1. The Government's Oral Motion to Dismiss Indictment with Prejudice is
    **GRANTED**.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

2.  All pending motions and Trial are **VACATED**.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** November 14, 2024.



THOMAS O. RICE
United States District Judge